UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| PATRICIA MARSHALL, on behalf of herself and all others similarly situated,<br><br>    *Plaintiff,*<br><br>v.<br><br>LAMOILLE HEALTH PARTNERS, INC.,<br><br>    *Defendant*. | Civil Action No. 2:22-cv-00166-wks |

## JOINT NOTICE OF SETTLEMENT

The parties wish to notify the Court that they have reached agreement to settle all outstanding claims on a class-wide basis, subject to the parties' entry into a definitive settlement agreement and submission of such agreement and all needed supporting materials to this Court for review and approval. The parties' settlement agreement and supporting materials will be submitted within 60 days (*i.e.*, by January 5, 2024) as part of Plaintiff's Motion for Preliminary Approval of Settlement.

Dated this 6th day of November 2023.

                                              Respectfully submitted,

                                              /s/ *John C. Cleary*
                                              John C. Cleary (admitted *pro hac vice*)
                                              POLSINELLI PC
                                              600 Third Avenue, 42nd Floor
                                              New York, New York 10016
                                              (212) 413-2837

                                              Shundra C. Manning (admitted *pro hac vice*)
                                              POLSINELLI PC
                                              501 Commerce Street, Suite 1300
                                              Nashville, Tennessee 37203
                                              (615) 259-1535

Pietro J. Lynn
Lynn, Lynn, Blackman & Manitsky, P.C.
76 St. Paul Street
Burlington, VT 05401
(802) 860-1500

*Attorneys for Defendant*


/s/ *John Nelson*
John Nelson, Esq.
Milberg Coleman Bryson Phillips Grossman PLLC
402 W. Broadway, Suite 1760
San Diego, California 92101
(858) 209-6941

Matthew B. Byrne, Esq.
Gravel & Shea PC
76 St. Paul Street, 7th Floor, P.O. Box 369
Burlington, VT 05402-0369
(802) 658-0220

Gary M. Klinger
Milberg Coleman Bryson Phillips Grossman, PLLC
227 Monroe Street, Suite 2100
Chicago, IL 60606
(866) 252-0878

David K. Lietz
Milberg Coleman Bryson Phillips Grossman, Pile
5335 Wisconsin Avenue NW
Suite 440
Washington, D.C. 20015-2052
(866) 252-0878

Terence R. Coates
Justin C. Walker
Markovits, Stock & Demarco, LLC
119 E. Court Street, Suite 530
Cincinnati, OH 45202
(513) 651-3700

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 6, 2023, this document was filed through the Electronic Case Filing system of the United States District Court for the District of Vermont and will be served electronically by the Court to the Registered Participants identified in the Notice of Electronic Filing (NEF).

                                            */s/ John C. Cleary*
                                            John C. Cleary