UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

PATRICIA MARSHALL, on behalf of herself
and all others similarly situated,

    *Plaintiff*,

v.

LAMOILLE HEALTH PARTNERS, INC.,

    *Defendant*.

Civil Action No. 2:22-cv-00166-wks

**UPDATED JOINT NOTICE OF SETTLEMENT**

The parties wish to provide a further update regarding the Joint Notice of Settlement filed on November 6, 2023 (ECF No. 31). As reported, the parties have reached a settlement in principle and are preparing a formal settlement agreement, a motion for preliminary approval of class action settlement, and other settlement papers for this Court's review and approval. The parties currently anticipate that a motion will be filed no later than February 2, 2024.

The appeal is currently in abeyance per an Order by the U.S. Court of Appeals for the Second Circuit entered on November 9, 2023. (Appeal, ECF No. 58.) A copy of that Order is attached hereto as Exhibit A. The parties' required Status Report to the Appeals Court is attached hereto as Exhibit B. As stated in the footnote to that filing, insofar as a motion for remand from the Appeals Court to this Court will be needed here, the parties will file such motion on a joint basis and will further update this Court.[1]

---

[1] As the current appeal is an interlocutory appeal, the parties believe this Court continues to have plenary jurisdiction over this case (except the sovereign immunity issues, which are on appeal and not relevant to the proposed settlement). As such, the parties do not believe a joint motion to the Appeals Court seeking remand to this Court is required in these circumstances, but the Parties will proceed with such motion if so advised by the Clerk's Office.

Dated this 5th day of January 2024.

                Respectfully submitted,

                */s/ John C. Cleary*
                John C. Cleary (admitted *pro hac vice*)
                POLSINELLI PC
                600 Third Avenue, 42nd Floor
                New York, New York 10016
                (212) 413-2837

                Shundra C. Manning (admitted *pro hac vice*)
                POLSINELLI PC
                501 Commerce Street, Suite 1300
                Nashville, Tennessee 37203
                (615) 259-1535

                Pietro J. Lynn
                Lynn, Lynn, Blackman & Manitsky, P.C.
                76 St. Paul Street
                Burlington, VT 05401
                (802) 860-1500

                *Attorneys for Defendant*


                */s/ Matthew B. Byrne*
                Matthew B. Byrne, Esq.
                Gravel & Shea PC
                76 St. Paul Street, 7th Floor, P.O. Box 369
                Burlington, VT 05402-0369
                (802) 658-0220

                David K. Lietz (admitted *pro hac vice*)
                Milberg Coleman Bryson Phillips
                Grossman, PLLC
                5335 Wisconsin Avenue NW
                Suite 440
                Washington, D.C. 20015-2052
                (866) 252-0878

                Terence R. Coates
                Justin C. Walker
                Markovits, Stock & Demarco, LLC
                119 E. Court Street, Suite 530
                Cincinnati, OH 45202
                (513) 651-3700

                *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2024, this document was filed through the Electronic Case Filing system of the United States District Court for the District of Vermont and will be served electronically by the Court to the Registered Participants identified in the Notice of Electronic Filing (NEF).

*/s/ John C. Cleary*
John C. Cleary