# EXHIBIT A

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of November, two thousand twenty-three.

Before:       José A. Cabranes,
                        *Circuit Judge*,

_____

 Patricia Marshall, on behalf of herself and
 all others similarly situated,

                    Plaintiff - Appellee,

    v.

 Lamoille Health Partners, Inc.,

                    Defendant - Appellant.

_____

**ORDER**

Docket No. 23-800

The parties jointly move to postpone briefing and hold this appeal in abeyance pending approval of the parties' proposed settlement by the district court.

IT IS HEREBY ORDERED that the motion is GRANTED. The parties must provide the Court with a status report in 60 days from the date of this order.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

