UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| PATRICIA MARSHALL, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> LAMOILLE HEALTH PARTNERS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) Case No. 2:22-CV-166-WKS ) ) ) ) ) ) |

**UNOPPOSED MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT**

Plaintiff Patricia Marshall, individually and on behalf of all others similarly situated ("Plaintiff"), hereby moves this Court to:

1. Preliminarily approve the settlement described in the "Settlement Agreement" between Plaintiff and Lamoille Health Partners, Inc. ("Defendant" or "LHP") and the attachments thereto, including the Claim Form, Short Form Notice, Long Form Notice, the Proposed Preliminary Approval Order, and the Proposed Final Approval Order, filed herewith in support of this motion;

2. Conditionally certify the Settlement Class;

3. Appoint Patricia Marshall as Class Representative;

4. Appoint Terence R. Coates and Justin C. Walker of Markovits, Stock & DeMarco, LLC and Gary M. Klinger and David K. Lietz of Milberg Coleman Bryson Phillips Grossman, PLLC as Class Counsel;

1

5. Approve a customary short form notice to be mailed to Settlement Class Members (the "Short Notice") in a form substantially similar to that attached as Exhibit B to the Settlement Agreement;

6. Approve a customary long form notice ("Long Notice") to be posted on the settlement website in a form substantially similar to the one attached as Exhibit C to the Settlement Agreement;

7. Direct notice to be sent to the Settlement Class in the form and manner proposed as set forth in the Settlement Agreement and Exhibits B and C thereto;

8. Appoint Analytics as Settlement Administrator;

9. Approve the use of a claim form ("Claim Form") substantially similar to that attached as Exhibit A to the Settlement Agreement; and

10. Set a hearing date and schedule for final approval of the Settlement and consideration of Settlement Class Counsel's motion for award of fees, costs, expenses, and service award.

This Motion is based upon: (1) this Motion; (2) the Memorandum in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, filed herewith; (3) the Declaration of David K. Lietz, filed herewith; (4) the Settlement Agreement; (5) the Notices of Class Action Settlement (including the Short Form Notices and Long Form Notice); (6) the Claim Form; (7) the [Proposed] Order Granting Preliminary Approval of Class Action Settlement; (8) the records, pleadings, and papers filed in this action; and (9) upon such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion.

Dated:  February 9, 2024               Respectfully submitted,

/s/David K. Lietz
David K. Lietz (admitted *pro hac vice*)
**Milberg Coleman Bryson Phillips Grossman, PLLC**
5335 Wisconsin Avenue NW
Suite 440
Washington, D.C. 20015-2052
dlietz@milberg.com
(866) 252-0878

Matthew B. Byrne, Esq.
**Gravel & Shea PC**
76 St. Paul Street, 7th Floor, P.O. Box 369
Burlington, VT 05402-0369
(802) 658-0220

Gary M. Klinger (*pro hac vice* forthcoming)
**Milberg Coleman Bryson Phillips Grossman, PLLC**
227 Monroe Street, Suite 2100
Chicago, IL 60606
gklinger@milberg.com
(866) 252-0878

Terence R. Coates (admitted *pro hac vice*)
Justin C. Walker (admitted *pro hac vice*)
**Markovits, Stock & Demarco, LLC**
119 E. Court Street, Suite 530
Cincinnati, OH 45202
(513) 651-3700

*Attorneys for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2024, the foregoing document was filed through the Electronic Case Filing system of the United States District Court for the District of Vermont and will be served electronically by the Court to the Registered Participants identified in the Notice of Electronic Filing (NEF).

*/s/ David K. Lietz*
David K. Lietz (admitted *pro hac vice*)
**Milberg Coleman Bryson Phillips Grossman, PLLC**
5335 Wisconsin Avenue NW
Suite 440
Washington, D.C. 20015-2052
dlietz@milberg.com
(866) 252-0878
