NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

Patricia Marshall, on behalf of herself and all
others similarly situated

      v.                                          Case No. 2:22-cv-166

Lamoille Health Partners, Inc.


TAKE NOTICE that the above-entitled case has been scheduled at 10:00 a.m. on Monday, September 30, 2024 in Burlington, Vermont, before Honorable William K. Sessions III, District Judge, for a Final Approval of Class Action Settlement.

Location: 110                                                     JEFFREY S. EATON, Clerk
                                                                             By: */s/ Lisa Wright*
                                                                               Deputy Clerk
                                                                               2/23/2024


TO:

Matthew B. Byrne, Esq.
David K. Lietz, Esq.
Justin C. Walker, Esq.
Terence R. Coates, Esq.


Pietro J. Lynn, Esq.
Catherine A. Green, Esq.
John C. Cleary, Esq.
Mark A. Olthoff, Esq.
Shundra C. Crumpton Manning, Esq.

Court Reporter