UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| PATRICIA MARSHALL, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> LAMOILLE HEALTH PARTNERS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) Case No. 2:22-CV-166-WKS ) ) ) ) ) ) |

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL**
**APPROVAL OF CLASS ACTION SETTLEMENT**

Pursuant to Federal Rule of Civil Procedure 23(e)(2) ("Rule 23"), Plaintiff Patricia Marshall, individually and on behalf of all others similarly situated, hereby moves this Court for final approval of the class action Settlement[1] that this Court preliminarily approved on February 20, 2024 (ECF 35):

Plaintiff respectfully requests this Court:

1. Grant final certification of the Settlement Class for settlement purposes pursuant to Rule 23(a) and (b)(3);

2. Finally appoint Patricia Marshall as Class Representative;

3. Finally appoint David K. Lietz of Milberg Coleman Bryson Phillips Grossman, PLLC, and Terence R. Coates and Justin C. Walker of Markovits Stock & DeMarco, LLC, as Class Counsel;

4. Approve the requested $179,982 in attorneys' fees, and $751.31 in expenses to Settlement Class Counsel;

---

[1] Unless otherwise indicated, capitalized terms used in this Motion have the same meanings as in the Class Action Settlement Agreement and Release (the "Settlement Agreement").

93363679.1

5. Finally approve the requested Service Award of $3,500 to Plaintiff Marshall;

6. Find that the Notice met the requirements of Rule 23(c)(2)(B);

7. Find that the terms of the Settlement Agreement are fair, reasonable, and adequate and are approved, adopted, and incorporated by the Court;

8. Direct the Parties, their respective attorneys, and the Claims and Settlement Administrator to consummate the Settlement in accordance with the [Proposed] Final Judgment Approving Class Action Settlement ("[Proposed] Final Judgment") and terms of the Settlement Agreement; and

9. Resolve all claims as to all Parties and Class Members in this action and issue the [Proposed] Final Judgment; and

10. Dismiss the lawsuit with prejudice and without costs, except as provided in the Settlement Agreement.

Defendant Lamoille Health Partners, Inc. does not oppose the relief sought in this motion.

WHEREFORE, premises considered, Plaintiff requests that this Court grant this motion and grant Plaintiff's Motion for Attorneys' Fees, Costs and Service Award.

Dated:  September 16, 2024                   Respectfully submitted,

*/s/ Justin C. Walker*
Terence R. Coates (admitted *pro hac vice*)
Justin C. Walker (admitted *pro hac vice*)
**Markovits, Stock & DeMarco, LLC**
119 East Court Street, Suite 530
Cincinnati, Ohio 45202
Telephone: (513) 651-3700
tcoates@msdlegal.com
jwalker@msdlegal.com

*/s/ Matthew B. Byrne*
Matthew B. Byrne, Esq.
**Gravel & Shea PC**
76 St. Paul Street, 7th Floor, P.O. Box 369

Burlington, VT 05402-0369
Telephone: (802) 658-0220
mbyrne@gravelshea.com

David K. Lietz (admitted *pro hac vice*)
**Milberg Coleman Bryson Phillips Grossman, PLLC**
5335 Wisconsin Avenue NW, Suite 440
Washington, D.C. 20015-2052
Telephone: (866) 252-0878
dlietz@milberg.com

*Attorneys for Plaintiff and the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2024, I served the foregoing document upon all parties by filing it with the Court's Electronic Case Filing system in accordance with Fed. R. Civ. P. 5(b)(2)(E), thereby giving notice to the Registered Participants identified in the Notice of Electronic Filing (NEF).

                                                     /s/ Justin C. Walker
                                                     Justin C. Walker (admitted *pro hac vice*)